UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**STRIKE 3 HOLDINGS, LLC**, a limited liability company,

    Plaintiff,

v.                                      CASE NO.  3:23-cv-1484-HLA-JBT

**JOHN DOE subscriber assigned IP address 75.33.242.143 an individual,**

    Defendant.

_____/

**O R D E R**

Pursuant to Plaintiff's Notice of Voluntary Dismissal Without Prejudice of John Doe (Dkt. 9), it is

**ORDERED** that this action is **DISMISSED without prejudice**. The Clerk is directed to close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 19th day of March 2024.

HENRY LEE ADAMS, JR.
United States District Judge

Copies to: Counsel of Record